**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATHU RAJAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALASTAIR CRAWFORD, PATRICK** | : | |
| **MILES, KEVIN GOLLOP, KRISTOFF** | : | |
| **KABACINSKI, ASAF GOLA and** | : | |
| **SHADRON STASTNEY** | : | **NO. 21-1456** |

## ORDER

**NOW,** this 16th day of February, 2022, upon consideration of Defendants Alastair Crawford's and Patrick Miles's Motion to Dismiss the Amended Complaint (Doc. No. 10), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.     Counts I and IV of the First Amended Complaint are **DISMISSED WITH PREJUDICE** as to all defendants.

2.     Count III of the First Amended Complaint against the defendants Alastair Crawford and Patrick Miles is **DISMISSED WITH PREJUDICE**.

3.     Count II of the First Amended Complaint against the defendants Alastair Crawford and Kevin Gollop is **DISMISSED WITHOUT PREJUDICE**.

4.     Plaintiff is granted leave to file an amended complaint as to Count II for defamation only.

5.     If the plaintiff elects to file a second amended complaint, he shall do so no later than **March 1, 2022**.

/s/ TIMOTHY J. SAVAGE J.