## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATHU RAJAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ALASTAIR CRAWFORD, PATRICK MILES, KEVIN GOLLOP, KRISTOFF KABACINSKI, ASAF GOLA and SHADRON STASTNEY** | : : : : | **NO. 21-1456** |

### ORDER

**NOW,** this 8th day of November, 2022, upon consideration of the United States Court of Appeals for the Third Circuit's partial remand and its Opinion, it is **ORDERED** that no later than **November 29, 2022**, the parties shall file memoranda of law showing cause why the proceedings should not be stayed pending resolution of the *Stream* and *Crawford* lawsuits pending in the Delaware Court of Chancery.

_____
TIMOTHY J. SAVAGE, J.